# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150298(79)(80)

_____

*In re* Contempt of KELLY MICHELLE DORSEY.
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellee,

v

                     SC: 150298
                     COA: 309269
                     Livingston CC Family Division:
                        08-012596-DL

TYLER MICHAEL DORSEY,
      Respondent,
and

KELLY MICHELLE DORSEY,
      Appellant.
_____/

      On order of the Chief Justice, the motion of the Attorney General to extend the time for filing a brief amicus curiae in support of petitioner-appellee is GRANTED. The amicus brief submitted on October 31, 2016, is accepted for filing. On further order of the Chief Justice, the motion of the Attorney General to participate in oral argument by sharing five minutes of petitioner-appellee's allotted time for argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016

Clerk